UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DEVEN HAMMOND                                              CIVIL ACTION

VERSUS                                                     NO. 17-1709-SDD-EWD

DAN DISCH, ET AL.

**MOTION FOR LEAVE TO ENTER PLEADING IN EXCESS OF PAGE LIMIT AND FILE SUPPLEMENTAL MEMORANDUM**

1. On January 23, 2018, Defendants filed a Motion to Dismiss. *See* Rec. Doc. 14. Plaintiff's opposition is technically due today, February 13, 2018.

2. On February 2, 2017, Plaintiff filed a Consent motion to extend the deadline to file an opposition memorandum. *See* Rec. Doc.16.

3. To date, the Court has not ruled on that motion.

4. Out of an abundance of caution, Plaintiff is filing a "placeholder" memorandum in opposition to Defendant's opposition. However, the issues raised in Defendants' motion—and the Plaintiff's opposition—are unique and difficult. Accordingly, Plaintiff requests that he be permitted leave to file a supplemental memorandum that further elaborates on the legal arguments theories advanced in the attached memorandum. Plaintiff requests that Plaintiff be granted until the date allowed by the proposed Order in Rec. Doc. 16.

5. Further, Plaintiff requests leave to exceed the 10-page limit imposed by the Local Rules, both for the attached proposed pleading and for the supplemental pleading.

6. According, Plaintiff respectfully requests leave to enter a pleading in excess of the page limit and to file a supplemental memorandum.

1

Respectfully Submitted,

**BIZER & DEREUS, LLC**
Garret S. DeReus (LA # 35105)
gdereus@bizerlaw.com
Andrew D. Bizer (LA # 30396)
andrew@bizerlaw.com
Jacqueline K. Hammack (LA # 34581)
jhammack@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996

***AND***

Law Office of William Most, L.L.C.
William Most
Louisiana Bar No. 36914
201 St. Charles Ave., Ste. 114 #101
New Orleans, LA 70170
Tel: (650) 465-5023
Email: williammost@gmail.com
*Attorneys for Plaintiff*

By:    /s/ Garret S. DeReus
             Garret S. DeReus

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties that have appeared in this matter.

By:    /s/ Garret S. DeReus